CALYPSO WIRELESS, INC. and Drago Daic, Plaintiffs/Counterclaim Defendants–Appellants,

and

JIMMY WILLIAMSON, P.C., Counterclaim Defendant–Appellant,

v.

T–Mobile USA, Inc., Defendant/Counterclaimant–Appellee.

No. 2013–1343.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2014.

Matthew Clayton Juren, Matthews Lawson, PLLC, of Houston, TX, argued for plaintiffs/counterclaim defendants-appellants and Counterclaim defendant-appellant. On the brief was Guy E. Matthews. Of counsel were Holly H. Barnes and Carroll Vernon Lawson.

Josh A. Krevitt, Gibson, Dunn & Crutcher LLP, of New York, NY, argued for defendant/counterclaimant-appellee. With him on the brief were Anne Marie Champion, of New York, NY, Alison R. Watkins and Ryan Iwahashi, of Palo Alto, CA, and Alexander N. Harris, of Washington, DC.

MOORE, O'MALLEY, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**